**Ramon Macias HERNANDEZ;
et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 05–73474.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 31, 2006.

Ramon Macias Hernandez, San Jose, CA, pro se.

Veronica Aceves Macias, San Jose, CA, pro se.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Kurt B. Larson, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Ramon Macias Hernandez and his wife Veronica Aceves Macias, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("Board") summary affirmance without opinion of an immigration judge's denial of their applications for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252.

The Board dismissed petitioners' appeal pursuant to 8 C.F.R. § 1003.1(d)(2)(i)(A) because the brief statement on their notice of appeal failed to meaningfully apprise the Board of the reason underlying their appeal. Petitioners have waived any challenge to the Board's grounds for its dismissal by failing to address it in their opening brief. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996) (holding issues which are not specifically raised and argued in a party's opening brief are waived). Accordingly, we deny the petition for review.

**PETITION FOR REVIEW DENIED.**

**Agustin Munoz LABASTIDA;
et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 05–72813.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted July 24, 2006.*

Filed July 31, 2006.

Enrique Arevalo, Esq., Law Offices of Enrique Arevalo, South Pasadena, CA, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, San Francisco, CA, Lisa M. Arnold, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

### MEMORANDUM **

Husband and wife Agustin Munoz Labastida and Norma Alicia Solis–Davila, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's ("IJ") decision denying their applications for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of due process violations in immigration proceedings. *See Sanchez–Cruz v. INS,* 255 F.3d 775, 779 (9th Cir.2001). We deny the petition for review.

Petitioners' contention that the IJ did not act as neutral factfinder is unavailing because they did not establish either a violation of due process or the prejudice necessary to obtain relief. *See Colmenar v. INS,* 210 F.3d 967, 971 (9th Cir.2000) (due process violation requires showing that "the proceeding was so fundamentally unfair that the alien was prevented from reasonably presenting his case") (citation and quotation marks omitted); *Antonio–Cruz v. INS,* 147 F.3d 1129, 1131 (9th Cir.1998).

### PETITION FOR REVIEW DENIED.

Julio Cesar Acosta CAMACHO, Petitioner,

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–72737.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Filed July 31, 2006.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).